**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 09-7241**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

FRANKLIN SHURON JONES,

        Defendant – Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, Chief District Judge.  (2:05-cr-00029-FL-1)

───────────────

Submitted:  October 14, 2009      Decided:  October 26, 2009

───────────────

Before WILKINSON, MOTZ, and KING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

A. Robert Bell, III, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Raleigh, North Carolina, for Appellant.  Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Shuron Jones appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 2:05-cr-00029-FL-1 (E.D.N.C. filed June 30, 2009; entered July 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED